UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUFFALO,

    Plaintiff(s),

  v.

BERMAN & RABIN P.A.,

    Defendant(s).

_____/

No. C 13-3969 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

      Before the court is a request of plaintiff's counsel to appear at the December 5, 2013 case management conference telephonically because his offices are located in Southern California. In response to that filing, defendant's counsel filed a declaration in opposition to the request, followed by a notice withdrawing the opposition, followed by a re-submission of the same declaration re-styled as a declaration in support of plaintiff's request for a telephonic appearance. In the declaration, defendant's counsel states that her secretary was misadvised by a court staff member that the undersigned does not permit telephonic appearances for parties and their attorneys who are located within the state. The court has no such policy and has no idea who the unnamed court staff member is who would have conveyed such misinformation. The court takes this opportunity to advise the parties of the policy of the undersigned judge. Since the economic downturn in 2008, the court has permitted telephonic appearances at case management conferences for attorneys whose offices are located beyond the Bay Area, except in patent cases.

      As this is not a patent case plaintiff's counsel's request is GRANTED. The courtroom is not, however, equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular case management conference calendar is called. Accordingly, the case management

conference scheduled for **December 5, 2013 at 2:00 p.m**., will occur instead on **December 5, 2013 at 1:30 p.m.**  Plaintiff's counsel shall initiate the call to all parties and to the court at (510) 637-1291.

      IT IS SO ORDERED.

Dated:  November 29, 2013

                                      PHYLLIS J. HAMILTON  
                                      United States District Judge