UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUFFALO,

        Plaintiff(s),                       No. C 13-3969 PJH

   v.                                      **ORDER OF DISMISSAL**

BERMAN & RABIN P.A.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service on the opposing party thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty-day period.  The April 3, 2014 case management conference date is VACATED.

      IT IS SO ORDERED.

Dated:  March 28, 2014

                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge